UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61880-CIV-MORENO

JP MORGAN CHASE BANK, N.A.,

    Plaintiff,

vs.

OMNI TITLE GROUP, LLC and FIRST AMERICAN
TITLE INSURANCE COMPANY,

    Defendants.
_____/

### TWENTY-ONE DAY NOTICE OF CONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon Chase's Motion for Summary Judgment Against Omni and First American (**D.E. No. 32**) filed on **June 18, 2010**. The Court provides this notice pursuant to Fed. R. Civ. P. 56(c).

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the Court will take the motion for summary judgment, all materials in support, and materials in opposition under consideration 21 days from when the Court files this order. Therefore, the opposing party's memorandum in opposition to the motion for summary judgment shall be filed no later than **July 12, 2010**. The parties may file sworn affidavits or other admissible material in opposition to the opposing parties' motion for summary judgment. The failure of a party to exercise its rights pursuant to this notice and Fed. R. Civ. P. 56 to file materials in opposition to a summary judgment motion may result in the Court accepting any of the moving party's uncontroverted evidence as true and may result in a final judgment being entered against the opposing party without the benefit of trial. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986).

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of June, 2010.

                                                              _____
                                                              FEDERICO A. MORENO
                                                              CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record