UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  09-61880-CIV-MORENO

JP MORGAN CHASE BANK, N.A.,

      Plaintiff,

vs.

OMNI TITLE GROUP, LLC and FIRST
AMERICAN TITLE INSURANCE COMPANY,

      Defendants.

_____/



CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediation Report indicating settlement by all the parties.  In light of the parties settling this action, it is

**ADJUDGED** that this Cause as to First American Title Insurance Company is **DISMISSED** with prejudice.  It is also,

**ADJUDGED** that this Cause as to Omni Title Group, LLC is **DISMISSED** without prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **July 16, 2010**.  Further, all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record